## Cross Trust.

Argued November 12, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*James H. Booser*, with him *D. Edward Chaplin, Gilbert Nurick*, and *Chaplin & Arnold*, and *McNees, Wallace & Nurick*, for appellant.

*Carl A. Belin*, for appellee.

OPINION PER CURIAM, December 31, 1959:

Our study of the will involved in this case has developed no reason for differing with the interpretation placed thereon by the court below. Accordingly, the decree appealed from is affirmed.

Decree affirmed at the appellant's costs.